# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-233-GCM-DCK

| | |
|---|---|
| CAROLINE H. YOO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Assented To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. Section 405(g)" (Document No. 15) filed December 19, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

Upon remand, an Administrative Law Judge shall conduct a new hearing and consider Plaintiff's residual functional capacity, evaluate Plaintiff's subjective complaints, and obtain supplemental testimony from a vocational expert.

**IT IS, THEREFORE, ORDERED** that the "Assented To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. Section 405(g)" (Document No. 15) is **GRANTED**. This matter shall be **REMANDED** to an Administrative Law Judge as described herein.

Signed: December 20, 2011

_____
David C. Keesler
United States Magistrate Judge