# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Caroline H. Yoo,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                 3:11cv233

Michael J. Astrue,
Commissioner of Social Security
       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

                                                 Signed: December 20, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court